## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATHANIEL APPLEBY-EL

       Plaintiff

v.

WEXFORD HEALTH SOURCES, INC., *et al.*

       Defendants

Case No.: 8:19-cv-01868-DLB

## JOINT STATUS REPORT

The parties, through their respective undersigned counsel, file this joint status report as directed by ECF 86 and state:

1. A settlement conference is scheduled with Judge Sullivan on February 1.

2. The plaintiff served the discovery responses directed by ECF 86.

3. The State Defendants' (former Commissioner of Correction Dayena Corcoran and former Warden Frank B. Bishop, Jr.) motion to dismiss or for summary judgment, ECF 76, is fully briefed and remains pending.

Respectfully submitted,

/s/ Arren T. Waldrep/STW with permission
Arren T. Waldrep, #14924
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
(202) 417-6000
arren@pricebenowitzlaw.com
*Attorneys for Plaintiff*

/s/ Samuel T. Wolf
Gina M. Smith, #22425
Samuel T. Wolf, #17533
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737
(301) 699-5800
gsmith@mrrlaw.net
swolf@mrrlaw.net
*Attorneys for Wexford Defendants*

/s/ Elise Balkin Ice/STW with permission
Elise Balkin Ice, #26626
Assistant Attorney General
Deputy Counsel
Department of Public Safety &
   Correctional Services
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
(410) 585-3113
elise.ice1@maryland.gov
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2024, this paper was filed and served using the

Court's ECF system.

/s/ Samuel T. Wolf
Samuel T. Wolf